UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

BRUCE CANESTRA,

    Defendant.
_____/

CASE NO. 06-CR-60350-JIC-11

*[Handwritten annotation: 12/25/06 Motion granted. Cohn]*

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the undersigned counsel on behalf of the Defendant, BRUCE CANESTRA, and moves this Court to withdraw the designation CJA appointed counsel Michael A. Matters, Esq., and substituting Jeffrey A. Glass, Esq., as attorney of record for trial only in the above styled matter.

1. That the Defendant has retained undersigned counsel to represent him for trial only in the above styled matter.

2. That the Assistant U.S. Attorney has no objections to said substitution of counsel.

WHEREFORE, the Defendant moves this Honorable Court to substitute Jeffrey A. Glass, Esq., as attorney of record for trial only in the above styled matter.

I HEREBY CERTIFY that the Notice of Appearance was electronically filed with the Clerk of the Southern District of Florida using the Court's CM/ECF system and as such the Clerk will provide electronic notice to the attention of Assistant United States Attorney, Julia J. Vaglienti, Esq., at julia.vaglienti@usdoj.gov and Michael A. Matters, Esq. at mamatersesq@aol.com this December 26, 2006.

GLASS & RASTATTER, P.A.
524 So. Andrews Avenue, Suite 301N
Fort Lauderdale, Fl 33301
Telephone: 954-463-2965
Fax: 954-463-2968
Email: Glassj249@aol.com

_____
JEFFREY A. GLASS 155978